UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JUN 12 AM 11: 56

CLERK

BY ___KP___
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. )
)    Crim. No.: 2:24-cr-62-1
)
BEAU TAYLOR, )
        Defendant )

INDICTMENT

The Grand Jury charges:

COUNT 1

On or about April 23, 2024, in the District of Vermont, defendant BEAU TAYLOR

knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), (b)(1)(C))

A TRUE BILL

███████████████

FOREPERSON

NIKOLAS P. KEREST (WLF)
United States Attorney
Rutland, Vermont
June 12, 2024