NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                          Case No. 2:24-cr-62-1

Beau Taylor

TAKE NOTICE that the above-entitled case is scheduled for Thursday, July 11, 2024 at 3:00 p.m., in Burlington, Vermont, before the Honorable Kevin J. Doyle, Magistrate Judge, for an Initial Appearance and Arraignment.

| | |
|---|---|
| Location: Burlington – 410 Courtroom | JEFFREY S. EATON, Clerk<br>By: */s/ H. Beth Cota*<br>Deputy Clerk<br>6/20/2024 |

TO:

Wendy L. Fuller, AUSA

Kevin M. Henry, Esq.