UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.    )<br>)<br>BEAU TAYLOR    )<br>    Defendant    ) | Docket No. 2:24-CR-62 |

## MOTION FOR DETENTION

The United States of America, by and through its attorney, Nikolas P. Kerest, United States Attorney for the District of Vermont, moves for pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility for Detention</u>.  This defendant is eligible for detention because the crime involves an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act. 18 U.S.C. § 3142(f)(1)(E).

2. <u>Reason For Detention</u>.  The Court should detain the defendant because he is both a risk of flight and danger to the community. The defendant has an extensive criminal history in New Hampshire and Vermont, and was on probation at the time of the instant offense for a 2023 felony conviction for violating an abuse prevention order. The defendant has a history of assaultive conduct, violations of court orders and failures to appear. His history and characteristics weigh strongly in favor of detention. 18 U.S.C. § 3142(g)(3).

The nature and circumstances of the case, along with the weight of the evidence, also support the defendant's detention pending trial. 18 U.S.C. §§ 3142(g)(1), (g)(2). The instant charge relates to an April 23, 2024 controlled buy into the defendant using a confidential

1

informant (CI). The buy was audio/video recorded and surveilled by law enforcement, and the defendant can be seen during the drug transaction meeting with the CI.

Two days after the controlled buy, law enforcement in Rutland stopped the defendant and two other men in the defendant's car. During a search of the car, officers found some of the buy money from the April 23rd drug transaction, along with other items, including: three firearms (one of which was stolen), a large quantity of cash, over 40 grams of crack cocaine and over 70 grams of powder cocaine. The defendant's current state charges stem from this motor vehicle stop.

On these facts, there are no conditions of release this Court could set which would reasonably assure the safety of the community or the defendant's future appearance in Court. As such, he should be detained pending trial.

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant under § 3142(e)(3)(B).

4. <u>Time For Detention Hearing</u>. The United States requests the court conduct the detention hearing at the defendant's first appearance.

Dated at Burlington, Vermont, this 10th day of July, 2023.

                                      UNITED STATES OF AMERICA

                                      NIKOLAS P. KEREST
                                      United States Attorney

By:   <u>/s/ Wendy L. Fuller</u>
       WENDY L. FULLER
       Assistant U.S. Attorney
       P.O. Box 570
       Burlington VT 05402-0570
       (802) 951-6725